IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

SIDNEY LOWEL BOWMAN Jr.

Plaintiff

V

Civil Action No: 7:24-CV-00475

LARRY COLLINS, et al.

Defendants

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
JUN 2 3 2025
LAURA A. AUSTIN, CLERK
BY: M. POFF
DEPUTY CLERK

# PLAINTIFF'S AFFIDAVIT

I, The plaintiff Sidney Lowel Bowman Jr., #1396143, a State Prisoner, hereby Certify and declare that I am the plaintiff in the above Styled matter. I Support my 42 U.S.C. Section 1983 Claim with this affidavit and states the facts herein under the penalty of perjury:

1 I'm over the age of consent and I'm Competent to make this affidavit.

2 I make this affidavit upon my personal knowledge of the events as described in plaintiff's 42 U.S.C. Section 1983 Complaint.

3 Defendant Jordan Fleming, Lieutenant and Larry Collins, Unit Manager On September 6, 2023 after completing an Investigation Intentionally fabricated a False disciplinary report and False

tell her to stop from using excessive force when there was not a need for it, but choose not to, instead allowed her to continue.

8. While I was being housed in Medical cell#2 Sergeant Branham did approach my cell with Sergeant Bagley and directy told me Jordan Fleming and Larry Collins told staff to 'Teach me a lesson', which meant to use excessive force during the cell extraction to cause harm instead of to just restore order, and is the reason no one intervened when defendant Jones began to use her OC mace Canister as a deadly weapon

9 On September 19, 2023 Defendant Larry Collins and I spoke at my Cell door C-308, and I explained to him being in that cell with, without any power outlets stopped me from using my personal Television to attend Jum'ah religious services. Larry Collins told me I should have thought about it before writing complaints, and because I refused to with draw them I was punish by making me miss five straight religious service for no other reason than continued retaliation

10 Defendant Micheal Willams on October 27, 2023 intentionally fabricated a false disciplinary report to interfer with my ability to grievance Correctional officer Mullins hanging up my legal call, the disciplinary report was to cover up and conceal the fact Micheal willams did not do an investigation and retaliate against me

11 On May 14, 2024 Defendant Jordan Fleming along with Sergeant Jones did stop between medical cells #3 and medical cell #4 before leaving

response to my written complaint written on Correctional Officer Mullins hanging up my legal call. On August 30, 2023.

4. I filed a Written complaint to start the grievance process On Jordan Fleming and Larry Collins, due to their false reports made in order to cover for Correctional officer Mullins and punish me for attempting to seek redress through the grievance process.

5. On September 7, 2023 defendant Jones did in fact spray me with her OC Mace unprovoke, just because I was laughing. No Officer willing to correct her caused me to make the irrational decision to refuse to come of the yard.

6. Defendant's Johnny Hall, Steven Franklin, A. Bentley, Terri Smith, Tipton, L. Hall, D. Turner, Larry Collins, and Jordan Fleming Stood on the outside of the cell extraction and did not give any verbal instructions to Jones to stop hit me with her OC mace canister or make an attempt physically stop her, They were close enough to the entrance of the recreation module they could have stop her.

7 Defendants D. Gardner, B. Dotson, B. Steffey, and B. Tackett on the extraction team enter my recreation module got me to the ground and allowed defendant Jones run in with her OC Mace Canister to repeatedly hit me in the head and face area, they were close enough to stop her physically or verbally to

the medical unit without their Body Worn cameras being on Fleming told me he would get my ass beat like last time, when he told defendant Jones and Staff. Referring to the cell extraction on September 7, 2023. When I told Fleming he was a Coward and bitch, when we get to court act that way on the stand. Fleming Laughed and replied "I don't care what you write up, it won't get there. You're the bitch we dragged Out the cage, Jones should have beat you worse with that mace Can". The cause of this Verbally Confrontation Started because Fleming entered the medical unit and decided to shout 'Sidney Bowman' I heard they cut open your ass. You let the doctor in your ass, that's Gay". Then I responded I would write him up again and call him a "Dumb Bitch". This was said out of anger from Fleming telling my medical history.

12 These incidents all arising to Violation of my Constitutional rights began from my writing of a grievance to hold Correctional officer Mullins accountable for hanging up my Legal call and refusing to withdraw it

DATE: 6/16/2025

Respectfully Submitted,

[signature]

Sidney Bowman #1396143

Pro-se Plaintiff/
VADOC central mail Dist Cntr
3521 Woods Way
State Farm, VA 23160

# VERIFICATION

I, Sidney Lowel Bowman Jr., have read the foregoing Affidavit and hereby Verify that the matters alleged therein are true and accurate to the best of my knowledge and belief, and, as to those, I believe them to be true. I Certify under penalty of perjury that the foregoing is true and correct on this 16th day of June, 2025

Executed at Pound Virginia

(S) Bow

Sidney Lowel Bowman Jr.