Virginia Depa... ...rections

# Offender Grievance Response - Level II

DOC Location:
Report generated by Paderick, K
Report run on 11/29/2023 at 11:52 AM

**Offender Name:** Bowman, Sidney L Jr.
**Current Location:** Red Onion State Prison
**Filed:** Red Onion State Prison
**Finding:** Other

**DOC #**1396143
**Housing:** C-3-309-B
**Grievance Number:** ROSP-23-REG-00586
**Finding Reason:** Other

LEVEL II: (To be completed and mailed within 20 calendar days)

**LEVEL II Response :**

Your grievance appeal has been reviewed along with the response from the Level I respondent and your original complaint.

Your complaint is being investigated by the Investigation Unit. You will be informed of the outcome of the investigation once it is complete.

In accordance with Operating Procedure 866.1, Offender Grievance Procedure, this is your **last level** of appeal. You have exhausted all administrative remedies.

| Regional Administrator | Date |
|---|---|
| Thomas Meyer RA/MB | 12/6/2023 |

Received from
DEC 13 2023
Regional Office

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Written Complaint** 866_F3_6-21

# Written Complaint

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Offender Name: Sidney Bowman
Offender Number: 1396143
Housing Assignment: ~~Med #2~~ C308

Individuals Involved in Incident: ROSP Officals
Date/ Time of Incident: 9/7/23 /

**TO:** Warden

**(You must address your issue to institutional staff or an institutional department)**

**In the space provided explain your issue (be specific):**

On 9/7/2023 Approx 10:30 A.M. while in med#2, I'm not sure the officers name being that my vision in my left eye was blurry and my right eye was nearly closed, but I do believe they were sgt rank or higher due to their body cameras. After checking on me cause quote "Never had an issue with me". It was told to everyone by Collins and Flemming (UM Collins and Lt. Flemming) to "Teach me a lesson". and that is why I was beaten like this. They knowingly violated SB 700, because they said they would deny it, meaning they stop by my cell to talk to me

Offender Signature: (S) Bow Date: 9/10/23

**Offenders - Do Not Write Below This Line**

**Date Received:** 9/12/23 **Response Due:** 9/27/23 **Log Number:** ROSP-23-INF-03635

**Assigned to:** Major Hall

**Action Taken/Response:**

Bowman: This incident has been referred to SI. Major Hall

Received from OCT 02 2023 Regional Office

Received from [illegible] 2023 Regional Office

RECEIVED OMBUDSMAN SEP 27 2023 SERVICES UNIT WESTERN REGION

Respondent Signature: [signature] Printed Name and Title: Major J. Hall Date: 9-15-23

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

**Offender Signature:** ______ **Date:** ______

**Staff Witness:** ______ **Date:** ______

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_10-20

# Regular Grievance

Log Number: ~~ROSP-23-INF-03635~~ ROSP-23-REG-00586

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Bowman, sidney
**Offender Name (Last Name, First)**

1396143
**Offender Number**

C-308
**Housing Assignment**

ROSP Officals
**Individuals Involved in Incident:**

9/7/23 /
**Date/ Time of Incident**

RECEIVED OMBUDSMAN SEP 27 2023 SERVICE UNIT WESTERN REGION

Received from OCT 02 2023 Regional Office

**Results of the Informal Complaint Process** (Select one of the below)

- [x] *Written Complaint* on this issue attached
- [ ] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

After being assaulted by staff, I was housed in medical cell#2 shortly after. On 9-7-23. at approx 10:30 am while in Med#2. two rank officers (John Doe 1 & John Doe 2) not sure who since I was suffering from a right eye was nearly closed and my left eye vision was blurry. Due to their Body camera on their uniform I know they are of rank. They was surprised that I was in a situation involing staff cause they quoted "Never had an issue with me". They informed me that U.M. Collins and Lt. Fleming told staff to teach me a lesson. That's why my injuries was like that I believe. They knowing had their Body cameras off cause I never heard the familar ping or red Flashing light. I told them about this and asked would they help. I was informed they would deny this This is why they violated SB700 Tampering with security Device when not having their Body camera on. I believe what they said to be true since 9-18-23 of being back under the care of L. Collins and J. Fleming I have yet to receive a mattress and I was placed in a mental health cell (C-308) without any power outlets to be denied the ability to enjoy my IM2 status I have. For retalaiton by both.

Received from NOV 03 2023 Regional Office

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

To have one or both staff (L. Collins, J. Fleming) moved to a different area since im forced to be in this building for the step down program; To have all staff who knowingly violated SB 700 be held accountable to the enacting law; To be informed of these officers full name or first intial and last name; To have my constitutional rights; Procedural rights; Statutory rights upheld; Judicial relief.

[signature]
**Offender Signature**

9/20/23
**Date**

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_10-20

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s))

- ☐ **Non-Grievable:**
  - ☐ Disciplinary hearing decisions, penalties and/or procedural errors
  - ☐ Regular Grievance Intake Decisions
  - ☐ Limitation Decisions
  - ☐ State and Federal laws, regulations, and court decisions
  - ☐ Policies, procedures, and decisions of other agencies
  - ☐ Issues yet to occur
  - ☐ Beyond the control of the Department of Corrections
- ☐ **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally.
- ☐ **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit.
- ☐ **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot.
- ☐ **Repetitive:** You submitted this issue previously on *Regular Grievance #*
- ☐ **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group.
- ☐ **Photocopy/Carbon Copy:** You did not submit the original grievance documents.
- ☐ **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue.
- ☐ **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: ______
- ☑ **Request for Services:** without names, an investigation regarding the officers can't happen but the matter involving the incident has been turned over to SIU.

**Institutional Ombudsman Signature** C. Y. Brandt **Date** 9/22/23

**Appeal of Intake Decision**

(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

- ☐ The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure*.
- ☒ The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response.
- ☐ The intake decision is being returned to you because the 5-day time limit for review has been exceeded.

Cathy Meade 09/27/2023

**Regional Ombudsman Signature** **Date**

**Withdrawal of Grievance:**

I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

**Offender Signature:** ______ **Date:** ______

**Staff Witness:** ______ **Date:** ______

Virginia Department of Corrections

# Offender Grievance Response - Level I

DOC Location: ROSP Red Onion State Prison
Report generated by Vilbrandt, C S
Report run on 10/11/2023 at 03:23 PM

**Offender Name:** Bowman, Sidney L Jr.

**DOC #**1396143

**Current Location:** Red Onion State Prison

**Housing:** Medical-~~Med-6-B~~

**Filed:** Red Onion State Prison

**Grievance Number:** ROSP-23-REG-00586

**Finding:** Unfounded

**Finding Reason:**

LEVEL I: Level 1 Response (To be completed and mailed within 30 calendar days)

**Grievance Summary**: In your grievance, you state, while in Med #2, officers came to check on you because they "never had an issue with you" and it was told to everyone by UM Collins and Lt Fleming to "teach you a lesson". They violated SB 700 because they said they would deny stopping by your cell and talking to you.

**Informal Summary:** Your Written Complaint was responded to by Major Hall and states Bowman: This incident has been referred to SIU.

**Investigation**: D. Turner, AW, states "This issue has been turned over to SIU and is still under investigation."

**Procedure/Practice: Operating Procedure 135.2 Rules of Conduct Governing Employees Relationships w/Offenders**

In accordance with the above information, this grievance is considered **UNFOUNDED**. No further action appears necessary at this time.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 3313 Plantation Road NE, Roanoke, VA 24012

Level I Respondent Signature [signature] Rick White, Warden

Date 10-24-23
10-31-23

I wish to appeal the Level I response because: I just given this on 10-31-23. I WAS told an investigation could not be ~~[illegible]~~ done involing the officers now I know their names was Sgt. Branham and Sgt Bagley. I [redacted] didn't know who the officers was there for I feel that the investigation was being prolonged. Recently discovering these officers name should help the process. of having the incident closed

Offender Signature [signature]

Date 10-31-23

Received from DEC 13 2023 Regional Office

STATE OF VIRGINIA

Date: 10-12-23

AFFIDAVIT

I, Jaeon Chavis, do hereby state that the following events took place, and that this affidavit is made of my own free will and under the penalty of law. I do hereby state that:

On or about, September 7, 2023 while I was housed in Medical cell #3 and Sidney Bowman was housed in Medical cell #2 I saw Sgt. Branham and Sgt. Bagley in front of Sidney cell Speaking with him. Sgt. Bagley asked Bowman "what was that about, we never had issues with you". Bowman said something about Breaking down. Sgt. Branham said "whatever issue you got you need to fix it. Collins (Unit Manager Larry Collins) and Fleming (LT. Jordan Fleming) told us to teach you a lesson". Sidney Asked them to say it on their camera which they both said no. Sgt. Branham said they was just trying to help him out but will deny ever telling him this before walking away

Jaeon Chavis

Respectfully signed and submitted

Subscribed and sworn to before me on this 12th day of October, 2023 by Wise, Co.

Signature of Notary Public

My Commission Expires on 10/31/26.

JOSHUA OWENS
NOTARY PUBLIC
REG. #7973897
MY COMMISSION EXPIRES 10/31/2026
COMMONWEALTH OF VIRGINIA

Virginia Department of Corrections

# Offender Grievance Response - Level II

DOC Location:
Report generated by Meade, C.
Report run on 07/11/2024 at 11:03 AM

**Offender Name:** Bowman, Sidney L Jr.
**DOC #**1396143
**Current Location:** Red Onion State Prison
**Housing:** C-1-137-B
**Filed:** Red Onion State Prison
**Finding:** Unfounded
**Finding Reason:**
**Grievance Number:** ROSP-24-REG-00416
**Written Grievance Number:** ROSP-24-WRI-02859

LEVEL II: (To be completed and mailed within 20 calendar days)

**LEVEL II Response :**

Your grievance appeal has been reviewed along with the response from the Level I respondent and your original complaint.

Based on the information provided, I am upholding the decision of the Level I respondent, which has determined that your grievance is **unfounded**. I find no violation of policy.

In accordance with Operating Procedure 866.1, Offender Grievance Procedure, this is your **last level** of appeal. You have exhausted all administrative remedies.

| Regional Administrator | Date |
|---|---|
| Thomas Meyer [signature] | 7/15/2024 |

Received from JUL 25 2024 Regional Office

Virginia Department of Corrections

# Grievance Receipt

DOC Location: ROSP Red Onion State Prison
Report generated by Still, T
Report run on 06/06/2024 at 04:09 PM

Grievance Number: ROSP-24-REG-00416

Written Grievance Number: ROSP-24-WRI-02859

Next Action Date: 07/06/2024 12:00 AM

| | | | |
|---|---|---|---|
| On this date: | 06/06/2024 | I have received a statement from: | |
| Bowman, Sidney L Jr. 1396143 | of | Red Onion State Prison<br>C-1-137-B | |
| *(Offender Name and DOC#)* | | *(Filed Location and Housing)* | |
| Setting out the following complaint: | | | |
| On 5/14/24 Lt. Fleming in Medical housing at 7:40-7:55 am shouted my name and stated to the pod i had my ass cut open and how the Dr. was in my ass. | | | |
| | | | |
| *(Signature)* | | *(Title)* | |

Received from
JUL 25 2024
Regional Office

RECEIVED
OMBUDSMAN
JUL 08 2024
SERVICE UNIT
WESTERN REGION

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Written Complaint** 866_F3_6-21

# Written Complaint

**Instructions for filing**:

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Sidney Bowman — Offender Name
1396143 — Offender Number
~~Med~~ — Housing Assignment

Johnny Fleming — Individuals Involved in Incident
5-14-2024 / Approx 7:40-7:55 A.M. — Date/ Time of Incident

**TO:** Warden
**(You must address your issue to institutional staff or an institutional department)**

**In the space provided explain your issue (be specific):**

On 5-14-2024 Lt. Fleming was making rounds in Medical Housing unit at approx 7:40-7:55 A.M. Lt. Fleming shouted my name (Full Name) and stated to the pod I had my Ass cut open and how the Dr. was in my Ass. Telling my medical personal History. I told him I was going to write him up just like last time cause he is a dumb bitch. Lt. Fleming replied "Yeah, and last time I got your ass beat too. I'll tell Jones to put another Scar on your Face!" I told him he was a coward and a bitch and Act the same way when I get him on the stand. Lt. Fleming reply was "I don't care what you write up it won't get there, you the bitch we dragged out the cage. Jones should have beat you worse with the OC can.

Offender Signature: S. Bow    Date: 5-15-2024

**Offenders - Do Not Write Below This Line**

**Date Received:** 5/17/24  **Response Due:** 6/1/24  **Log Number:** ROSP-24-WRI-02859

**Assigned to:** Cpt. Stanley

**Action Taken/Response:**

I SPOKE WITH LT FLEMING CONCERNING THIS INCIDENT. LT. FLEMING DENIED YOUR ALLEGATIONS AND STATED THAT HE ALWAYS MAINTAINS A PROFESSIONAL ATTITUDE WHEN INTERACTING WITH YOU

Respondent Signature: [signature]  Printed Name and Title: Cpt C Stanley  Date: 5/17/24

Received from Regional Office JUL 2 5 2024

RECEIVED OMBUDSMAN JUL 0 8 2024 SERVICE UNIT WESTERN REGION

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

**Offender Signature:** ______ **Date:** ______

**Staff Witness:** ______ **Date:** ______

This Grievance was placed in the grievance box on 6/1/24 at Approximately 6:32 in C-1 pod ... 

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_10-20

ROSP-24-Reg-00416

# Regular Grievance

**Log Number:** ROSP-24-WRI-02859

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

| Offender Name (Last Name, First) | Offender Number | Housing Assignment |
|---|---|---|
| Bowman Sidney | 1396143 | C-137 |

| Individuals Involved in Incident: | Date/Time of Incident |
|---|---|
| Jordan Fleming | 5-14-2024 / Approx 7:40-7:55 AM |

Received from Regional Office JUL 25 2024

OMBUDSMAN SERVICE UNIT WESTERN REGION JUL 18 2024

**Results of the Informal Complaint Process** (Select one of the below)

- ☐ *Written Complaint* on this issue attached
- ☐ Other documentation used to satisfy the informal complaint process is attached
- ☐ Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

on 5-14-24 Lt. Fleming entered the medical Housing unit to Make rounds between approx 7:40-7:55 A.m. but refused to turn on his body camera. while signing the log book he shouted "Sidney Bowman, I heard they cut open your Ass. You let the Dr. in your Ass that's GAY". while walking rounds, I told him I was going to write him up just like last time, cause he as a dumb Bitch! Before leaving he stop between cell #3 and #4. told me to come to the door and stated "Yeah, last time I got your Ass beat, I'll tell jones to put another scar on your face". Then began to laugh. I told him he was a coward and a bitch and to Act like this on the stand because We're going to court. he replied "I don't care what you write up, it won't get there. You the bitch we dragged out the cage. Jones should have beat you worse with that OC can. I spoke to capt. Gilbert, he told me to write it up. Lt. Fleming told my Medical History which I have a privacy to no one knowing unless I give consent to, he should not known.. Lt. Fleming verified what I write in ROSP-23-REG-00586. bringing up that issue has mentally started bothering me again. Just like when the scar first happen. I haven't been getting sleep and have to speak with mental Health.

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

To have this issue forward to SAU; To have All medical unit cameras saved for that day and time. To have Lt. Fleming Body Camera Saved and Reviewed for that time and day; To have the inmate that was housed in Cell #3 and #5 spoke with on that day; To have procedure; constitutional; and statutory rights upheld

| Offender Signature | Date |
|---|---|
| [signature] | 6/1/2024 |

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_10-20

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s))

| | |
|---|---|
| ☐ | **Non-Grievable:**<br>☐ Disciplinary hearing decisions, penalties and/or procedural errors<br>☐ Regular Grievance Intake Decisions<br>☐ Limitation Decisions<br>☐ State and Federal laws, regulations, and court decisions<br>☐ Policies, procedures, and decisions of other agencies<br>☐ Issues yet to occur<br>☐ Beyond the control of the Department of Corrections |
| ☐ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance #* |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☐ | **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue. |
| ☐ | **Insufficient Information**: (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: ____________________ |
| ☐ | **Request for Services:** |

**Institutional Ombudsman Signature** **Date**

## Appeal of Intake Decision

(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure*. |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☐ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

**Regional Ombudsman Signature** **Date**

## Withdrawal of Grievance:

I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

**Offender Signature:** ____________________ **Date:** __________

**Staff Witness:** ____________________ **Date:** __________

Virginia Department of Corrections

# Offender Grievance Response - Level I

DOC Location: ROSP Red Onion State Prison
Report generated by Still, T
Report run on 07/01/2024 at 03:55 PM

| | |
|---|---|
| **Offender Name:** Bowman, Sidney L Jr. | **DOC #**1396143 |
| **Current Location:** Red Onion State Prison | **Housing:** C-1-137-B |
| **Filed:** Red Onion State Prison | |
| **Finding:** Unfounded | **Finding Reason:** |
| **Grievance Number:** ROSP-24-REG-00416 | **Written Grievance Number:** ROSP-24-WRI-02859 |

LEVEL I: Level 1 Response (To be completed and mailed within 30 calendar days)

**Grievance Summary**: In your grievance, you stated that on 5/14/24 Lt. Fleming in Medical housing at 7:40-7:55 am shouted your name and stated to the pod you had your ass cut open and how the Dr. was in your ass.

**Informal Summary**: Your Written Complaint was answered by Cpt. Stanley, "I spoke with Lt. Fleming concerning this incident. Lt. Fleming denied your allegations and stated that he always maintains a professional attitude when interacting with you."

**Investigation**: COS Hall stated, "I have reviewed MaxPro camera and do not see Lt. Fleming making rounds in the medical housing unit. I have spoken to Lt. Fleming and he denies your allegations."

**Procedure/Practice: Restricted 100 series**

In accordance with the above information,

this grievance is considered **UNFOUNDED**, as procedures were properly applied. No further action appears to be necessary at this time.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 3313 Plantation Road NE, Roanoke, VA 24012

| | |
|---|---|
| [signature] David Anderson | 7-2-24 |
| Level I Respondent Signature | Date |

I wish to appeal the Level I response because: I disagree with the investigation Lt. Fleming did in Fact make a round on that day and time I even Spoke With mental health the same day about this issue. not only that Lt. Fleming Signed the log book in medical on this day. I was harassed by Lt. Fleming because I written him up previously. I went Lt. Fleming to be held responible for his harassment out of retaliation. I went of the medical pod wall clock so if it was not the right time then it was a hour back (8:40-8:55 A.m)

Offender Signature [signature] Date 7-3-24

Received from Regional Office JUL 25 2024

RECEIVED OMBUDSMAN SERVICE UNIT WESTERN REGION JUL 08 2024

VIRGINIA DEPARTMENT OF CORRECTIONS — Mental Health Monitoring Report 730_F14_6-23

# Mental Health Monitoring Report

| Inmate Name | DOC # | MH Code |
|---|---|---|
| Bowman, Sidney L. Jr. | 1396143 | MH 2 |

| Facility | Housing | Time/Date |
|---|---|---|
| Red Onion State Prison | Med 4 | 1:37 PM / 5/14/2024 |

USE: A. ☐ At-Risk Inmate
B. ☐ Suicide Precautions/Restraints
C. ☐ Restorative Housing Unit Review
D. ☐ Hunger Strike
E. ☒ Other Inmate request
☐ Initial (completed by licensed MHC, including QMHP)
☐ Weekly ☐ 30 Day ☐ 90 Day ☐ Other

**Results of Interview and Observation:**

| Observed Yes | Observed No | Item | Self Report Yes | Self Report No |
|---|---|---|---|---|
| ☐ | ☒ | Suicidal ideation, threats, or behavior | ☐ | ☒ |
| ☐ | ☒ | Self-directed violence ideation, threats, or behavior | ☐ | ☒ |
| ☐ | ☒ | Homicidal ideation, threats, or behavior | ☐ | ☒ |
| ☐ | ☒ | Assaultive ideation, threats, or behavior | ☐ | ☒ |
| ☐ | ☒ | Attention, concentration, memory deficits | ☐ | ☒ |
| ☐ | ☒ | Anxiety, agitation, or tension | ☐ | ☒ |
| ☐ | ☒ | Depression | ☐ | ☒ |
| ☐ | ☒ | Psychotic symptoms | ☐ | ☒ |
| ☐ | ☒ | Delusional ideation | ☐ | ☒ |
| ☐ | ☒ | Other (explain) ______ | ☐ | ☒ |
| ☐ | ☒ | Poor appearance, hygiene, or self-care | | |
| ☐ | ☒ | Disorientation to person, place, time, or situation | | |
| ☐ | ☒ | Behavior/Activity not WNL | | |
| ☐ | ☒ | Speech not WNL | | |

For any "Yes" results, include behavioral descriptions under Comments below.

**Assessment:**
☒ No clinically significant symptoms of thought or mood disorder or other signs of mental disorder observed.
☐ Some clinically significant symptoms of thought or mood disorder or other signs of mental disorder observed.
☐ Significant symptoms of thought or mood disorder or other signs of mental disorder observed.
☐ Unable to fully assess and/or uncooperative due to: ______

Comments: : Inmate was seen at his request.Inmate reported being upset towards an officer he identified as Lt. Fleming who had made derogatory and sexual comments towards him concerning a recent medical procedure that the inmate had undergone. Inmate indicated that he intended to write the incident up and report it. Inmate denied SI/HI/SIB.Inmate presented as calm with no observable mental health symptoms. Inmate is oriented to all spheres. Inmate has been participating in DLA.

**Plan/Recommendations:**
☒ No further MHW needs indicated at this time beyond follow-up per OP/as needed
☐ Continue with current treatment
☐ Crisis management needed
☐ Referral to local MHW for (must specify):
☐ Referral to other discipline (must specify):

Comments: : Inmate will be monitored according to policy.

A. Shepherd, M.Ed, QMHP-A, Mental Health Clinician [signature] M.Ed.
Mental Health Clinician (Print name/Position and Signature)

5/14/2024
Date

Is this assessment completed for initial RHU placement by a licensed clinician external to the facility?
☐ Yes (complete checklist below) ☒ No (no further requirements)
☐ Mental Health and Wellness Services Screening form reviewed
☐ Returned to local MHW for follow-up on recommendations

☐ Received and reviewed by Senior MHC or designee (initials)

Original: Inmate Health Record - Section IV