IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

SEP 04 2025

LAURA A. AUSTIN, CLERK
BY: A. Beeson
DEPUTY CLERK

SIDNEY LOWEL BOWMAN Jr.,
Plaintiff,

V. CIVIL NO. 7:24cv475

LARRY Collins, et al.,
Defendant,

# MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff, Sidney Lowel Bowman Jr., pursuant to §1915, request this court to appoint counsel to represent him in this case for the following reasons.

1. The plaintiff is unable to afford counsel
2. The issues involved in this case are complex
3. Over 60 days ago, the plaintiff wrote letters to Chapman Law Firm, Weaver Law Practice, PLLC, and Covington & Burling, LLP, asking them to handle his case but he has not heard from any of them
4. The plaintiff, as a restorative housing inmate, has limited access to the law library.
5. The plaintiff, has limited knowledge of the law.
6. The plaintiff, medical condition affects his ability to at times effectively prepare his case.

WHEREFORE, this Honorable court should appoint counsel to

represent the plaintiff

DATE: August 21, 2025
Sidney L. Bowman Jr., #1396143
VDOC Centralized Mail Distribution center
3521 Woods Way,
State Farm, VA 23160

Sidney Bowman #1396143
Red onion State Prison
P.O. Box 970
Pound, VA 24279

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

CHARLOTTE NC 281
2 SEP 2025 PM 1 L

1775 ★

United States District Court
Office of the Clerk
210 Franklin RD., RM 540
Roanoke, VA 24011

RECEIVED
SEP 04 2025
USDC Clerk's Office
Mail Room

RECEIVED
SEP 02 2025
MAILROOM

24011-220840