IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

SEP 04 2025

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

SIDNEY LOWEL BOWMAN Jr.,

V. CIVIL No. 7:24cv475

LARRY Collins, et al.;

# DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL

SIDNEY LOWEL BOWMAN Jr. States:

I, Sidney Lowel Bowman Jr, declare the following Under penalty of perjury pursuant to 28 U.S.C. § 1746;

1. I am the plaintiff in the above-entitled case. I make this declaration in support of my motion for this appointment of Counsel.

2. The Complaint in this case alleges that the plaintiff Filing a grievance about an officer hanging his legal call up while he was on it, led to a Series of retaliatory actions. He was Subjected to false disciplinary charges, the misuse of Force by several correctional officers, Most whom watched and failed to intervene and others whom held him while he was beaten with a weapon. It alleges the retaliatory

continued, to him being denied his Islamic religious service, by being placed in a cell which intentionally interfered with watching religious programming. Plaintiff was given a false disciplinary charge for refiling the grievance that began the retaliatory actions.

3. This is a complex case because it contains several different legal claims, with each claim involving a different set of defendants.

4. The plaintiff has demanded a jury trial

5. The case will require discovery of documents and depositions of a number of witnesses

6. The plaintiff has only a high school education

7. The plaintiff is serving an indefinite sentence in restorative housing step down programming. For this reason, he has very limited access to legal materials and has no ability to investigate the facts of the case, for example, by locating and interviewing other inmates who were eyewitness to his beating.

8. The plaintiff has Crohns disease that for the past several month has not been responding to medication and resulting in severe inflammation, constant infections in his body, and chronic fatigue, for example, for the past several weeks plaintiff been having severe inflammation in his neck, face, head, and ear area that just recently been diagnosed as an ear

Infection, which has my daily activity limited. This affects my ability to prepare this action individually.

WHEREFORE, the plaintiff's Motion for appointment of counsel should be granted

Date. August 21, 2025

(S) [signature]

Sidney L. Bowman Jr. #1396143

VDOC Centralized Mail Distribution Center

3521 Woods WAY,

State Farm, VA 23160