IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

MAR 13 2026

LAURA A. AUSTIN, CLERK
BY: M. Popp
DEPUTY CLERK

SIDNEY LOWEI BOWMAN JR.,
Plaintiff

V. Civil Case No. 7:24-CV-00475

LARRY COLLINS, et al.,
Defendants

# PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34, Fed. R. Civ. P., the plaintiff requests that the defendants produce the documents listed within 30 days, either by providing the plaintiff with copies or by making them available to the plaintiff for inspection and copying.

1. Plaintiff call log for August 30, 2023.
2. Any and all audio recordings of plaintiff phone calls made on August 30, 2023.
3. All written and electronically stored originals or copies of plaintiff schedule attorney calls being

set and whom this information was forward to.

4. To View the security Body worn camera of defendant Fleming on September 6, 2023 From 11:30 A.m-11:38 A.m. (Plaintiff looking for the Footage with defendant at his cell door.)

5. Any and all written and electronically stored originals or copies of documents pertaining and/or relating to Disciplinary offense Report written against plaintiff Filed on September 6, 2023.

Date: March 8, 2026

[signature]

Sidney Lowel Bowman Jr. #1396143
VADOC Centralized Mail Dist. Cntr.
3521 Woods Way
State Farm, VA 23160

Sidney Bowman #1396143
Red Onion State Prison
P.O. Box 970
Pound, VA 24279

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

UNITED STATES DISTRICT COURT
OFFICE OF the Clerk
210 Franklin RD., RM540
Roanoke, VA 24011

RECEIVED DATE
MAR 09 2026
MAILROOM

C-1
RECEIVED
MAR 13 2026
USDC Clerk's Office
Mail Room

24011-220803