IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED
MAR 13 2026
LAURA A. AUSTIN, CLERK
BY: M. Poff
DEPUTY CLERK

SIDNEY LOWEL BOWMAN JR.,
Plaintiff

V. Civil Action No. 7:24-CV-00475

LARRY COLLINS et al.,
Defendants

# PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 33 and 34, Fed.R.Civ.P., the plaintiff submits the following interrogatories and requests for documents to the defendants. You are directed to answer each of the interrogatories in writing under Oath, and provide the plaintiff with copies of each of the requested documents or make them available to the plaintiff for inspection and copying.

1. State the duties of defendant Larry Collins, Unit Manager at Red Onion State Prison ("Red Onion"). If those duties are set forth in any job description or other document,

produce the document(s).

2. State the duties of defendant Jordan Fleming, Lieutenant at Red Onion. If those duties are set forth in any Job description or other documents, produce the document(s).

3. State the procedure in effect at Red Onion for staff filing out state document, what forms and reports are defined as state documents. If the procedure is set forth in any policy, directive, or other document, produce the document(s).

4. State the procedure in effect at Red Onion for responding and processing grievance's pertaining to claims of retaliatory disciplinary offense reports

5. State the names, titles, and duties of all staff members at Red Onion, other than defendants Collins and Fleming, who have responsibility to respond and process grievance's written for claims pertaining to Disciplinary offense Reports written in retaliation.

Date: March 8, 2026

(S) [signature]

Sidney Lowel Bowman Jr #1396143
VADOC centralized mail Dist. cntr.
3521 Woods Way
State Farm, VA 23160